Case 2:00-cv-00237-MVL   Document 14   Filed 01/24/2001   Page 1 of 1



```
            FILED
      U.S. DISTRICT COURT
     EASTERN DISTRICT OF LA

       2001 JAN 24  AM 9:54

        LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**PING AN INSURANCE COMPANY OF CHINA**              CIVIL ACTION

**VERSUS**                                          NO: 00-0237

**SONG HAI M/V ET AL.**                             SECTION: "S" (5)

### ORDER OF DISMISSAL

The court having been advised that the parties in the above captioned matter have firmly agreed upon a compromise, IT IS ORDERED that this case be and hereby is dismissed without prejudice to the right, upon good cause shown within 60 days, to reopen this action if settlement is not consummated.

New Orleans, Louisiana, this 23rd day of January, 2001.

_____
MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  JAN 2 4 2001