

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PING AN INSURANCE COMPANY OF CHINA** | * | CIVIL ACTION |
| Plaintiff | * | NO. 00-0237 |
| versus | * | SECTION NO. "S" |
| M/V SONG HAI, her engines, boilers, tackles, etc., *in rem*, Cosco Bulk Carrier Co., Ltd., China Ocean Shipping Company (d/b/a COSCO) and Associated Terminals, L.L.C. *in personam* | * | MAGISTRATE DIV. (5) |
| Defendants | * | |

\* \* \* \* \* \* \* \*

### MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes plaintiff, Ping An Insurance Company of China, who advise this Honorable Court that the claims against defendants in the above-captioned matter have been settled and request that they be dismissed with prejudice.

Respectfully submitted,

MONTGOMERY, BARNETT, BROWN,
READ, HAMMOND & MINTZ

BY: _____
CHRISTOPHER E. CAREY (#1751) T.A.
JONATHAN THAMES (#24737)
3200 Energy Centre
110 Poydras Street
New Orleans, La. 70163-3200
(504) 585-7909
Attorneys For Plaintiff

FEB 23 2001

DATE OF ENTRY _____

MURPHY, ROGERS & SLOSS

By: _____
E. Carroll Rogers (#11421)
701 Poydras Street
Suite 400
New Orleans, LA 70139
Attorneys For: COSCO Bulk Carrier Co., Ltd.
and China Ocean Shipping

Of Counsel:

James L. Ross
Freehill, Hogan & Mahar, L.l.p.
80 Pine Street
New York, N.Y. 10005-1759
Telephone: (212) 425-1900

EMMETT, COBB, WAITS, KESSENICH
& O'NEIL

By: _____
Michael W. McMahon (#23987)
Suite 1950
1515 Poydras Street
New Orleans, LA 70112
Telephone: (504) 581-1301
Attorneys For: Associated Terminals

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon counsel for all parties to this proceeding by facsimile transmission on this _____ day of January, 2001.

_____
CHRISTOPHER E. CAREY (1751)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PING AN INSURANCE COMPANY OF CHINA** | * | **CIVIL ACTION** |
| | * | **NO. 00-0237** |
| **Plaintiff** | * | **SECTION NO. "S"** |
| versus | * | **MAGISTRATE DIV. (5)** |
| M/V SONG HAI, her engines, boilers, tackles, etc., *in rem*, Cosco Bulk Carrier Co., Ltd., China Ocean Shipping Company (d/b/a COSCO) and Associated Terminals, L.L.C. *in personam* | * | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \*

**O R D E R**

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the claim of Ping An Insurance Company against defendants in the captioned matter be and are hereby dismissed with prejudice.

New Orleans, Louisiana, this 22 day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE

h:\dthomas\carey\9567.22\motion dismissal